# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 30, 2014

**To:**   Justine Flanagan
         Acting Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 14-3403
>
> Caption:
> MARY E. SHEPARD, et al.,
> Plaintiffs - Appellees
>
> v.
>
> LISA MADIGAN, solely in her official capacity as Attorney General of Illinois, et al.,
> Defendants - Appellants

> District Court No: 3:11-cv-00405-MJR-PMF
> Court Reporter Barbara Kniepmann
> District Judge Michael Reagan
> Clerk/Agency Rep Justine Flanagan
>
> Date NOA filed in District Court: 10/29/2014

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)