No. 14-3403

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) Appeal from the United States ) District Court for the Southern ) District of Illinois. |
| Plaintiff-Appellee, | ) |
| v. | ) |
| LISA MADIGAN, in her official capacity as Attorney General of Illinois, PATRICK J. QUINN, in his official capacity as Governor of Illinois, TYLER R. EDMUNDS, in his official capacity as State's Attorney of Union County, Illinois, and DAVID LIVESAY, Sheriff of Union County, Illinois. | ) ) No. 3:11-cv-405 ) ) ) ) ) ) The Honorable ) MICHAEL J. REAGAN, |
| Defendants-Appellants. | ) Judge Presiding. |

**CIRCUIT RULE 3(c) DOCKETING STATEMENT**

Defendants-Appellants Lisa Madigan, Patrick Quinn, and Tyler Edmunds, in their official capacities, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, hereby submit this docketing statement pursuant to Circuit Rule 3(c).

1. **Defendants-Appellants**

Defendants Lisa Madigan, Attorney General of the State of Illinois, Patrick Quinn, Governor of the State of Illinois, Tyler Edmunds, State's Attorney of Union County, Illinois, and David Livesay, Sheriff of Union County, Illinois, appear in their official capacities and remain in those offices.

## 2. District Court Jurisdiction

Plaintiffs filed this action pursuant to 42 U.S.C. § 1983 challenging the validity of Illinois laws prohibiting the public carriage of firearms under the Second and Fourteenth Amendments to the Constitution. Doc. 2. The district court had jurisdiction over plaintiff's federal law claims pursuant to 28 U.S.C. § 1331.

## 3. Appellate Court Jurisdiction

On September 29, 2014, the district court granted Plaintiffs-Appellees' request for an award of attorneys' fees pursuant to 42 U.S.C. § 1988. Doc. 124. Defendants-Appellants timely filed a notice of appeal from that judgment on October 29, 2014. Doc. 129. Although there remains in the district court a supplemental fee petition seeking an award of attorneys' fees and costs for the work to obtain the underlying fee award, an award of attorneys' fees is a collateral order for purposes of finality and appeal. *Budinich v. Becton Dickinson & Co.*, 486 U.S. 196, 199-200 (1988); *Gautreaux v. Chi. Housing Auth.*, 491 F.3d 649, 654 (7th Cir. 2007); *see Wagner v. Shinseki*, 733 F.3d 1343, 1348-49 (Fed. Cir. 2013). Accordingly, this Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

## 4. Prior Appeals

Plaintiffs-Appellees have previously filed two appeals in this action.

The first arose from the district court's March 30, 2012 dismissal of Plaintiffs-Appellees' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. Doc. 57. That appeal was timely filed on April 2, 2012,

Doc. 58, docketed in this Court on April 3, 2012 as *Shepard v. Madigan*, Seventh Circuit No. 12-1788, and consolidated with an earlier filed appeal, *Moore v. Madigan*, Seventh Circuit No. 12-1269. On December 11, 2012, this Court issued its opinion reversing the dismissal of Plaintiffs-Appellees' complaint. *Moore v. Madigan*, 702 F.3d 933 (7th Cir. 2012). This Court subsequently issued its mandate on July 9, 2013.

The second appeal arose from the district court's July 26, 2013 dismissal of Plaintiffs-Appellees' complaint for lack of subject matter jurisdiction. Doc. 89. That appeal was timely filed on July 29, 2013, Doc. 91, and docketed in this Court on July 30, 2013 as *Shepard v. Madigan*, Seventh Circuit No. 13-2661. This Court issued its opinion affirming dismissal of Plaintiffs-Appellees' complaint on November 5, 2013, *Shepard v. Madigan*, 734 F.3d 748 (7th Cir. 2013), and issued its mandate on November 27, 2013.

Respectfully submitted,

Lisa Madigan
Attorney General
State of Illinois

Carolyn E. Shapiro
Solicitor General

/s/ *Clifford W. Berlow*
Clifford W. Berlow
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
cberlow@atg.il.state.us
(312) 814-7122

*Counsel for Defendants-Appellants*

# CERTIFICATE OF FILING AND SERVICE

      I hereby certify that on November 6, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


Dated: November 6, 2014                      /s/ *Clifford W. Berlow*
                                                     CLIFFORD W. BERLOW
                                                     Assistant Attorney General
                                                     100 West Randolph Street
                                                     12th Floor
                                                     Chicago, Illinois 60601
                                                     cberlow@atg.il.state.us
                                                     (312) 814-7122

                                                     *Counsel for Defendants-Appellants*