# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: Circuit Rule 33

December 9, 2014

| | |
|---|---|
| No.: 14-3403 | MARY E. SHEPARD, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>LISA MADIGAN, solely in her official capacity as Attorney General of Illinois, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 3:11-cv-00405-MJR-PMF<br>Southern District of Illinois<br>District Judge Michael J. Reagan | |

Pursuant to Circuit Rule 33, briefing in this appeal is **SUSPENDED** pending further court order. A notice of mediation will be posted shortly to the docket.

form name: **c7_Order_CR33**(form ID: **186**)